Angelina **COLELLO** and Joseph J. Colello, Plaintiffs-Appellants,

v.

Eric E. **SUNDQUIST**, Defendant-Appellee.

No. 231, Docket 23856.

United States Court of Appeals Second Circuit.

Argued Jan. 12, 1956.

Decided Jan. 12, 1956.

William Auerbach, New York City, for appellants.

Evans, Orr, Walsh, Gourlay & Pacelli, New York City (William F. Laffan, Jr., Elmhurst, of counsel), for appellee.

Before CLARK, Chief Judge, and FRANK and LUMBARD, Circuit Judges.

PER CURIAM.

Judgment affirmed in open court on the opinion below, 137 F.Supp. 649.

---

David **NICKOLA** and Mary D. Nickola, Appellants,

v.

**UNITED STATES GOVERNMENT POST OFFICE DEPARTMENT**, Postmaster General Arthur E. Summerfield, Postmaster of Flint Post Office, Osmund W. Kelly, and Superintendent of Mails, Carl R. Cooper, Appellees.

No. 12489.

United States Court of Appeals Sixth Circuit.

Dec. 17, 1955.

Writ of Certiorari Denied April 23, 1956.

See 76 S.Ct. 698.

Andrew J. Transue, Flint, Mich., for appellant.

Fred W. Kaess, Rodney C. Kropf, Detroit, Mich., for appellee.

Before McALLISTER, MILLER, and STEWART, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the argument of counsel in open court, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the order of the district court 137 F.Supp. 943, dismissing appellants' action for damages be and is hereby affirmed for the reasons set forth in the opinion of Judge Levin.

---

**LA SALLE COCA-COLA BOTTLING COMPANY**, Appellant,

v.

Marian **TUBBS**, Appellee.

No. 12372.

United States Court of Appeals Sixth Circuit.

Oct. 11, 1955.

Effler, Eastman, Stichter & Smith, Toledo, Ohio, for appellant.

Rolland W. Dings, J. I. O'Connor, Toledo, Ohio, for appellee.

Before ALLEN, MARTIN and STEWART, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel:

On consideration whereof, it is ordered that the judgment be and it hereby is affirmed for the reasons stated in the findings of fact and conclusions of law of the District Court.